PARVIZ NOGHREY, Respondent-Appellant, v TOWN OF BROOKHAVEN et al., Appellants-Respondents.

Submitted June 25, 2012; decided September 18, 2012

On the Court's own motion, appeal by Town of Brookhaven et al. and appeal by Parviz Noghrey dismissed, without costs, upon the ground that the order and judgment appealed from does not finally determine the action within the meaning of the Constitution. Forms of relief within a single cause of action cannot be expressly or impliedly severed (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]). The unresolved items of relief render the order and judgment nonfinal. Motion to modify statutory stay denied.

In the Matter of GLENN STORMAN, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION, Respondent.

Decided September 18, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

RICKY D. WEST et al., Respondents, v MARK HOGAN et al., Appellants. (And a Third-Party Action.)

Submitted July 9, 2012; decided September 18, 2012

Motion to dismiss appeal denied.